1 THOMAS E. FRANKOVICH (State Bar No. 074414)
  THOMAS E. FRANKOVICH,
2 **A PROFESSIONAL LAW CORPORATION**
  4328 Redwood Hwy., Suite 300
3 San Rafael, CA 94903
  Telephone:    415/674-8600
4 Facsimile:    415/674-9900

5 Attorneys for Plaintiff CRAIG YATES

6            UNITED STATES DISTRICT COURT

7            NORTHERN DISTRICT OF CALIFORNIA

8 CRAIG YATES, an individual,          )    **CASE NO. CV-11-0147-JCS**
                                        )
9          Plaintiff,                   )    **STIPULATION EXTENDING TIME**
                                        )    **FOR DEFENDANTS LIBERTY**
10 v.                                   )    **MARKET, INC., a California**
                                        )    **Corporation dba LIBERTY MARKET;**
11                                      )    **and JAMES S. LEONG, Trustee of**
   LIBERTY MARKET, INC., a California   )    **REVOCABLE TRUST TO RESPOND**
12 Corporation dba LIBERTY MARKET; and  )    **TO PLAINTIFF'S COMPLAINT**
   JAMES S. LEONG, Trustee of           )
13 REVOCABLE TRUST,                     )
                                        )
14                                      )
           Defendants.                  )
15 _____ )

16

17        Pursuant to Local Rule 6.1(a), Plaintiff CRAIG YATES, and Defendants LIBERTY

18 MARKET, INC., a California Corporation dba LIBERTY MARKET; and JAMES S. LEONG,

19 Trustee of REVOCABLE TRUST, by and through their respective counsel, respectfully request

   and make the following stipulation:
20
          1.      Whereas, all defendants have been served;
21
          2.      Whereas, defendants LIBERTY MARKET, INC., a California Corporation dba
22
   LIBERTY MARKET; and JAMES S. LEONG, Trustee of REVOCABLE TRUST have
23
   requested additional time to respond to plaintiff's complaint;
24
          3.      Whereas, the parties are currently trying to negotiate a settlement in the above-
25
   referenced case, and wish to reduce fees, costs and litigation expenses in so doing;
26
          4.      Whereas, the parties conducted the General Order 56 joint
27
    site inspection at the LIBERTY MARKET, located at/near 5851 Geary Boulevard, San
28
   Francisco, California on March 7, 2011 at 1:00 p.m.

STIPULATION EXTENDING TIME FOR DEFENDANTS LIBERTY MARKET, INC., a California Corporation dba LIBERTY
MARKET; and JAMES S. LEONG, Trustee of REVOCABLE TRUST RESPOND TO PLAINTIFF'S COMPLAINT

5.    Whereas, the parties believe it would be in the interests of efficiency and economy to extend the deadline for defendants LIBERTY MARKET, INC., a California Corporation dba LIBERTY MARKET; and JAMES S. LEONG, Trustee of REVOCABLE TRUST to respond to the complaint, and to allow time to negotiate an agreement;

6.    Whereas, plaintiff has agreed to grant additional time for defendants LIBERTY MARKET, INC., a California Corporation dba LIBERTY MARKET; and JAMES S. LEONG, Trustee of REVOCABLE TRUST to respond to the complaint; and

7.    Whereas, defendants' counsel further stipulate that defendants will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by this court prior to the date on which defendants' responsive pleading is due.

**IT IS STIPULATED:**

That the last day for defendants LIBERTY MARKET, INC., a California Corporation dba LIBERTY MARKET; and JAMES S. LEONG, Trustee of REVOCABLE TRUST , to answer or otherwise respond to plaintiff's complaint be extended up to and including April 15, 2011.


Dated: March 7, 2011                              THOMAS E. FRANKOVICH,
                                                  *A PROFESSIONAL LAW CORPORATION*


                                                  By: _____/s/_____
                                                        Thomas E. Frankovich
                                                  Attorneys for Plaintiff CRAIG YATES, an
                                                  individual

Dated: March 7, 2011                              EDWARD M. HIGGINBOTHAM,
                                                  *LAW OFFICES OF EDWARD HIGGINBOTHAM*

Dated:  March 10, 2011

                                                  _____/s/_____
                                                            Edward M. Higginbotham
                                                  Attorneys for Defendants LIBERTY MARKET,
                                                  a California Corporation dba LIBERTY
                                                  MARKET; and JAMES S. LEONG, Trustee of
                                                  REVOCABLE TRUST

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION EXTENDING TIME FOR DEFENDANTS LIBERTY MARKET, INC., a California Corporation dba LIBERTY
MARKET; and JAMES S. LEONG, Trustee of REVOCABLE TRUST RESPOND TO PLAINTIFF'S COMPLAINT          2

1  **CERTIFICATE OR PROOF OF SERVICE BY MAIL**

2  State of California        )
                             ) ss
3  County of Marin           )

4      I, the undersigned, say: I am and was at all times herein mentioned, a resident of the
    County of San Francisco, over the age of eighteen (18) years and not a party to the within action
5  or proceeding; that my business address is 4328 Redwood Hwy, Suite 300, San Rafael, CA
    94903; that on the below date, following normal business practice, I served the foregoing
6  document, described as:

7  **STIPULATION EXTENDING TIME FOR DEFENDANTS LIBERTY MARKET, INC., a
    California Corporation dba LIBERTY MARKET; and JAMES S. LEONG, Trustee of**
8  **REVOCABLE TRUST TO RESPOND TO PLAINTIFF'S COMPLAINT**

9  on the interested parties in this action, conveyed as follows:

10  ☒      By depositing true copies thereof, enclosed in a sealed envelope, with postage thereon
          fully prepaid;
11         ☒      in first class U.S. Mail
           ☐      in ____ priority or ____ standard overnight mail via Federal Express.
12         I am readily familiar with this office's practice for collection and processing of
          correspondence for mailing with the United States Postal Service. In the ordinary course
13         of business, correspondence, including said envelope, will be deposited with the United
          States Postal Service at San Rafael.
14

15  addressed to:

16  Edward M. Higginbotham, Attorney          James S. Leong, Trustee
17  885 Bryant Street, 2nd Fl.                 Revocable Trust
    San Francisco, CA 94103                    1666 Chestnut Street
18                                             San Francisco, CA 94123

19

20      I declare under penalty of perjury under the laws of the State of California that I am
    employed in the office of a member of the bar of this court at whose direction the service was
21  made, and that the foregoing is true and correct. Executed on March 9, 2011, at San Rafael,
    California.
22

23

24                                          Armetrice Cooper
                                           (Original signed)
25

26

27

28